# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jacoby Kindred,

          Petitioner,

Civil No. 17-cv-0620 (SRN/HB)

v.

Jeff Titus, Warden – MCF Rush City,

**ORDER ON REPORT AND RECOMMENDATION**

          Respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge [Doc. No. 24]. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Respondent Jeff Titus's Motion to Dismiss [Doc. No. 6] is **GRANTED**;

3. Petitioner Jacoby Kindred's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED**; and

4. A certificate of appealability will **NOT BE GRANTED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 17, 2018

          s/Susan Richard Nelson
          SUSAN RICHARD NELSON
          United States District Judge