UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jacoby Kindred,<br><br>                    Petitioner,<br><br>v.<br><br>Jeff Titus, Warden - MCF Rush City,<br><br>                    Respondent. | Civil No. 17-cv-0620 (SRN/HB)<br><br><br>**ORDER** |

This matter is before the Court on Jacoby Kindred's application for leave to proceed *in forma pauperis* ("IFP") on appeal.  Docket No. 32.  Kindred is attempting to appeal a judgment that denied his petition for a writ of habeas corpus under 28 U.S.C. § 2254.

A litigant who seeks to be excused from paying the filing fee for an appeal in a federal case may apply for IFP status under 28 U.S.C. § 1915.  *See also* Fed. R. App. P. 24(a).  To qualify for IFP status, the litigant must demonstrate that he or she cannot afford to pay the full filing fee.  28 U.S.C. § 1915(a)(1).  Even if a litigant is found to be indigent, IFP status will be denied if the Court finds that the litigant's appeal is not taken "in good faith."  28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3).  To determine whether an appeal is taken in good faith, the Court must decide whether the claims to be raised on appeal are factually or legally frivolous.  *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).  An appeal is frivolous, and therefore cannot be taken in good faith, "where it lacks an arguable basis either in law or in fact."  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

In this case, Kindred's IFP application shows that he is currently incarcerated and has no assets that could be used to pay for the filing fee and costs of his appeal. He is therefore financially eligible for IFP status. Moreover, although the Court is fully satisfied that Kindred's habeas corpus petition was properly denied, his appeal is not deemed to be "frivolous" as that term has been defined by the Supreme Court. Therefore, Kindred's appeal is considered to be taken in good faith for purposes of 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), and his IFP application will be granted.[1]

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

Petitioner Jacoby Kindred's application to proceed *in forma pauperis* on appeal (Doc. No. 32) is GRANTED.

Dated: March 23, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge

---

[1] The Court previously determined that Kindred is not eligible for a Certificate of Appealability ("COA") in this case. *See* Doc. No. 25. Therefore, even though Kindred is being granted IFP status, his appeal will not proceed unless the Court of Appeals grants him a COA.